IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDA S. ANDREWS,** | ) | |
| Plaintiff, | ) ) ) | Case No. 2:14-cv-441 |
| v. | ) ) ) | Judge Mark R. Hornak<br>Magistrate Judge Lisa Pupo Lenihan |
| **KATHRYN M. HENS-GRECO,**<br>*individually and in official capacity as*<br>*a judge of the Court of Common*<br>*Pleas of Allegheny County Family*<br>*Division,* | ) ) ) ) ) | ECF No. 5 |
| Defendant. | | |

## **MEMORANDUM ORDER**

Plaintiff, Linda S. Andrews, proceeding *pro se,* filed the Complaint in the above captioned case with the Clerk of Court on April 7, 2014. Subsequently, on December 22, 2014, this case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 12), filed on December 22, 2014, recommended that the Motion to Dismiss Plaintiff's Complaint (ECF No. 5) filed by Defendant Kathryn M. Hens-Greco be granted and that Plaintiff's Complaint be dismissed with prejudice for failure to state a claim upon which relief can be granted. Service was made on Plaintiff by First Class, U.S. Mail at her address of record, and on all counsel of record via CM/ECF. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule

72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. Plaintiff filed Objections to the Report and Recommendation (ECF No. 13) on January 9, 2015[1].

After review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

**AND NOW**, this 27th day of January, 2015, **IT IS HEREBY ORDERED** that the Motion to Dismiss Plaintiff's Complaint filed by Defendant Kathryn M. Hens-Greco is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 12) of Magistrate Judge Lenihan, dated December 22, 2014, is adopted as the opinion of the Court.

MARK R. HORNAK
United States District Judge

cc: Linda S. Andrews, Pro Se
167 Robinson Street
Pittsburgh, PA 15213
*Via First Class, U.S. Mail*

All Counsel of Record
(*Via CM/ECF Electronic Mail*)

---

[1] The Plaintiff in her Objections states that her response to the Defendant's Motion to Dismiss was never docketed, and that the previously-presiding District Judge had in some fashion interfered with that filing. This Court has examined the docket, and none of that is correct. The Plaintiff's response to the Motion to Dismiss was docketed, ECF Nos. 9 & 10, and the "show cause" Order regarding that response was vacated in light of that filing. Text Order of October 16, 2014. Thus, the Plaintiff's position regarding the Motion to Dismiss was and is properly before the Court at all phases of the disposition of this case.